UNITED STATES PRINTING AND LITHOGRAPH COMPANY, Respondent, *v.* MURRELL L. BUCKNER et al., Copartners under the Firm Name of SOUTHERN LEAF TOBACCO COMPANY, Appellants.

*Contract — action to recover on contract for manufacture and sale of goods — defense of failure to deliver on time required by terms of contract.*

*U. S. Printing & Lithograph Co.* v. *Buckner*, 207 App. Div. 810, affirmed.

(Argued April 7, 1924; decided May 13, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 19, 1923, unanimously affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was to recover upon an alleged contract for the manufacture and sale of cigarette boxes and upon a trade acceptance given in part payment thereof. The defenses were that time was of the essence of the contract; that plaintiff had failed to deliver the boxes in accordance with the terms of the agreement whereupon defendant had canceled it and that the trade acceptance had been given in payment for a carload of boxes which were never delivered.

*Charles E. McMahon, George B. Hayes* and *Hal S. Corbett* for appellants.

*Manfred W. Ehrich, Ernest E. Wheeler* and *Jacob Z. Stein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: LEHMAN, J. Absent: POUND, J.